# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:20-cr-00114-WMR-CCB
### USA v. Okang et al
### Honorable William M. Ray, II

Minute Sheet for proceedings held In Open Court on 03/17/2022.

TIME COURT COMMENCED: 3:10 P.M.
TIME COURT CONCLUDED: 4:15 P.M.
TIME IN COURT: 1:05
OFFICE LOCATION: Atlanta

COURT REPORTER: Wynette Blathers
USPO: Stephanie Schuessler
DEPUTY CLERK: Jennifer Lee

| | |
|---|---|
| DEFENDANT(S): | [1]Darius Sowah Okang Present at proceedings |
| ATTORNEY(S) PRESENT: | Kelly Connors representing USA<br>William Hollingsworth representing Darius Sowah Okang |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing-Contested); |
| PLEADINGS FILED IN COURT: | Consent Preliminary Order of Forfeiture |
| MINUTE TEXT: | PSR adopted by the Court to which no objection had been raised. The Court presented guideline calculations and sentencing options and heard argument from counsel regarding a reasonable sentence. Court advised defendant of his right of allocution and Defendant made a statement. 3553 factors given. The Court sentences Defendant to CBOP 94 MONTHS (70 months as to Count 1 & 24 months as to Count 3, to be served consecutively) and 3 YEARS of Supervised Release (3 years as to Count 1 & 1 year as to Count 3, to run concurrently), $6,204,119 in restitution, $200 special assessment, fine waived. No objections from government; Defense objects to the substantive and procedural basis. Appeal rights given. |
| HEARING STATUS: | Hearing Concluded |